**Order entered September 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00470-CV

### JOHN DOE I, INDIVIDUALLY AND
### AS NEXT FRIEND OF JOHN DOE II, A MINOR, Appellants

### V.

### WILLIAM C. ANDERSON, LEVONNA C. ANDERSON, ALEXANDER A. ANDERSON, RIPLEY ENTERTAINMENT, INC., AND JIM PATTISON U.S.A., INC., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07174**

## ORDER

Before the Court is appellants' September 12, 2018 unopposed motion requesting a fifty-eight day extension of time to file a brief. We **GRANT** the motion **to the extent** that appellants shall file a brief by **October 19, 2018**.

/s/      ADA BROWN
         JUSTICE